■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. MAURICE WURTZEL, Respondent.— Proceeding pursuant to section 298 of the Executive Law for an order for enforcement of an order of the Appeal Board of the State Division of Human Rights, dated December 31, 1969, which affirmed an order of the Commissioner of said division, dated September 23, 1969. Petition granted, without costs. No opinion. Settle order on five days' notice. Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.